# United States Court of Appeals
## For the First Circuit

No. 05-1498

UNITED STATES,

Appellee,

v.

ALBERTO RODRIGUEZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on August 2, 2006 is amended as follows:

Page 13, in line 10:  Replace "footnote 1" with "footnote 2"

Page 22, in line 3:  Insert a single quotation mark before "physical"